# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JAPHUS L. BRIGGS** | **CIVIL ACTION NO. 3:17-CV-01134** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **JEFFREY NORRED, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge, adopted by the Court after a *de novo* review of the record, and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Plaintiff's motion to appoint counsel [Doc. No. 2] is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend [Doc. No. 11] is **DENIED AS FUTILE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B). Plaintiff's claims are dismissed with prejudice to their being asserted again until the *Heck v. Humphrey* conditions are met.

**MONROE, LOUISIANA,** this 7th day of December, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE